UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-06-122-RHW |
| Plaintiff, ) | |
| ) | ORDER GRANTING ORAL MOTION |
| v. ) | TO MODIFY AND SETTING |
| ) | STATUS HEARING |
| ROBERT R. IBARRA, ) | |
| ) | |
| Defendant. ) | |

At the April 17, 2007, status hearing, Assistant Federal Defender Amy Rubin appeared with Defendant; Assistant U.S. Attorney Aine Ahmed represented the United States.

The Defendant orally moved to modify conditions of release.

**IT IS ORDERED** that Defendant's unopposed oral Motion **(Ct. Rec. 69)** is **GRANTED.** Defendant's conditions of release are **MODIFIED** as follows:

1. Defendant shall no longer be subject to electronic monitoring.

2. Defendant shall have a curfew of 10:00 p.m. to 9:00 a.m. The curfew times are subject to change if Defendant's employment changes.

**IT IS FURTHER ORDERED** that a status hearing is scheduled for **May 24, 2007, at 10:00 a.m.**, before the undersigned.

DATED April 17, 2007.

              S/ CYNTHIA IMBROGNO
        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING ORAL MOTION TO MODIFY AND SETTING STATUS HEARING ~ 1